UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- X
JAMES BERTONIS, individually and on behalf of    :
all others similarly situated                    :
                                                 :
                              Plaintiff,         :      25-CV-1598 (VEC)
                                                 :
            -against-                            :
                                                 :
MORGAN STANLEY, MORGAN STANLEY                   :
SMITH BARNEY LLC, and E*TRADE                    :
SECURITIES LLC                                   :
                                                 :
                              Defendants.        :
-------------------------------------------------------------- X
MARK E. MCKINNEY and NEAL GAGNER,                :
individually and on behalf of all others similarly :
situated,                                        :
                                                 :
                              Plaintiffs,        :      24-CV-8860 (VEC)
                                                 :
            -against-                            :
                                                 :
MORGAN STANLEY, MORGAN STANLEY                   :
SMITH BARNEY LLC, and E*TRADE                    :
SECURITIES LLC                                   :
                                                 :
                              Defendants.        :
-------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 25, 2025, Plaintiff James Bertonis filed a Complaint *Bertonis v. Morgan Stanley et al.*, No. 25-CV-1598 ("*Bertonis*"), as well as statements of relatedness pertaining to two other cases assigned to the Undersigned: *Estate of Bernard J. Sherlip v. Morgan Stanley et al.*, No. 24-CV-4571, and *McKinney v. Morgan Stanley et al.*, No. 24-CV-8860 ("*McKinney*");

WHEREAS *Bertonis* and *McKinney* involve the same defendants, the same plaintiffs' counsel, and some of the same allegations; and

WHEREAS on March 4, 2025, *Bertonis* was assigned to the Undersigned.

IT IS HEREBY ORDERED that not later than **Wednesday, March 12, 2025**, Mr. Bertonis, the parties in *McKinney*, and the proposed intervenor plaintiff in *McKinney* must file a joint letter indicating how they believe the two cases should proceed, including whether they believe *Bertonis* and *McKinney* should be consolidated. The letter must not exceed 1,500 words.

**SO ORDERED.**

Date: **March 5, 2025**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**